**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01041-CV
No. 05-15-01042-CV
No. 05-15-01043-CV
No. 05-15-01044-CV

## IN THE INTEREST OF M.W., ET AL, CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-10-13224-U, DF-13-18933-U, DF-14-010757-U, and DF-13-18931-U**

## ORDER

We **GRANT** Father's November 12, 2015 second motion for extension of time to file brief and Mother's November 13, 2015 motion for additional time to file brief and **ORDER** Father's brief tendered to the Clerk on November 16, 2015 and Mother's brief tendered to the Clerk on November 13, 2015 filed as of the date of this order. Appellee's brief is due December 9, 2015.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE